# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0075.  THOMAS L. JOHNS v. JUDITH A. JAYNES et al.**

During the pendency of this business dispute, the trial court entered an order in February 2018 that, inter alia, enjoined plaintiff Thomas Johns from communicating with various persons and entities involved or at issue in this litigation. Defendant Judith Jaynes thereafter filed a motion seeking to have Johns held in contempt for, inter alia, violating the prohibition on communications included in the February 2018 order. After learning of Johns's potential violations in this regard, the trial court issued an order on June 12, 2018, requiring Johns, in relevant part, to (i) identify each telephone number, e-mail address, messaging application identification, and social media account he has used to contact certain persons following the issuance of the February 2018 order; and (ii) execute documents authorizing each such provider to produce to the trial court and to Johns's counsel all of each provider's records pertaining to Johns. Johns then filed this direct appeal, seeking review of the June 12 order.  We lack jurisdiction.

The order that Johns seeks to appeal – which does not include a ruling on Jaynes's motion for contempt – is not final, as this action remains pending before the trial court.  Consequently, Johns was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the June 12 order.[1]  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App.

---

[1] On the same day as the order on appeal was entered, Johns filed a motion for

435, 435 (383 SE2d 906) (1989). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 09/06/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

        *Stephen E. Castlen*

                *, Clerk.*

---

a certificate of immediate review. As of the date Johns filed the instant notice of appeal, his request for a certificate of immediate review remained pending before the trial court.